**Theodore SHOVE, et al., Appellants**

**v.**

**UNITED STATES DISTRICT COURT JUDGES, In and for CALIFORNIA, et al., Appellees.**

**No. 10–5175.**

United States Court of Appeals, District of Columbia Circuit.

Feb. 2, 2011.

Rehearing En Banc Denied March 17, 2011.

Theodore Shove, San Quentin, CA, pro se.

Michael Flinner, San Quentin, CA, pro se.

Dewey Joe Duff, San Quentin, CA, pro se.

Richard J. Vieira, San Quentin, CA, pro se.

Paul C. Bolin, San Quentin, CA, pro se.

Spencer Brasure, San Quentin, CA, pro se.

Dennis Lawley, San Quentin, CA, pro se.

Francis Hernandez, San Quentin, CA, pro se.

Jeff Young, San Quentin, CA, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: SENTELLE, Chief Judge, and GARLAND and BROWN, Circuit Judges.

***JUDGMENT***

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and supplement filed by the appellants. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's orders issued January 25, 2010, and May 3, 2010, be affirmed. The district court properly dismissed the appellants' complaint for damages and for declaratory and injunctive relief as barred by *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), because success on their claims would necessarily imply the invalidity of their convictions and sentences. *See Edwards v. Balisok,* 520 U.S. 641, 117 S.Ct. 1584, 137 L.Ed.2d 906 (1997) (applying *Heck* to bar a state prisoner's claims for declaratory and injunctive relief in addition to money damages).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.